[No. 66538-3-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY STETHEN PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02463-4, Michael Hayden, J., entered January 11, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Lau, JJ.

[No. 66610-0-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW J. ARCHULETA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00760-8, John P. Erlick, J., entered January 14, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 66623-1-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT WILLIAM ALLISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06574-8, Steven C. Gonzalez, J., entered January 31, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 66727-1-I.   Division One.   July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE ELMER ESTEP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02796-0, Regina S. Cahan, J., entered February 11, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Schindler, JJ.